

# United States District Court
# Eastern District of California

| JANE DOE |
|---|

Plaintiff(s)

V.

| ASSISTANT SECRETARY OF U.S. DEPARTMENT OF STATE OF BUREAU OF CONSULAR AFFAIRS RENA BITTER; DEPUTY ASSISTANT SECRETARY OF U.S. DEPARTMENT OF STATE JULIE M. STUFFT; AND DEPUTY CHIEF OF MISSION ANDREW SCHOFER |
|---|

Defendant(s)

Case Number: 2:24-cv-02744-CKD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mohammad Akif Saleem hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: JANE DOE

On 08/06/2024 (date), I was admitted to practice and presently in good standing in the Eastern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

2:23-cv-02587-MCE-JDP was filed on 11/08/2023 and the current status is joint dismissal

2:24-cv-01377-DB was filed on 05/14/2024 and the current status is joint dismissal

Date: 10/02/2024        Signature of Applicant: /s/ _(signature)_

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mohammad Akif Saleem |
| Law Firm Name: | Davis Ndanusa Ikhals & Saleem LLP |
| Address: | 26 Court Street |
| | Suite 603 |
| City: | Brooklyn    State: New York    Zip: 11243 |
| Phone Number w/Area Code: | (718) 783-6819 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | msaleem@dnislaw.com |
| Secondary E-mail Address: | N/A |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jessica T. Arena |
| Law Firm Name: | Law Office of Jessica T. Arena |
| Address: | 2443 Fillmore Street |
| | #380-1614 |
| City: | San Francisco    State: CA    Zip: 94115 |
| Phone Number w/Area Code: | (541) 525-3341    Bar #: 301807 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 16, 2024

*/s/ Carolyn K. Delaney/*
JUDGE, U.S. DISTRICT COURT
Carolyn K. Delaney, US Magistrate Judge