```
MICHELE BECKWITH
Acting United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JANE DOE, | CASE NO. 2:24-CV-02744-TLN-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| RENA BITTER, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.  This case concerns the visa application of Plaintiff's spouse.  The visa case was refused for administrative processing, following an October 2014 consular interview.  The State Department has now completed the administrative processing and requested additional documents from Plaintiff's spouse and scheduled a new consular interview for him on January 30, 2025.  The parties anticipate that this lawsuit will soon be rendered moot once the consular officer receives the updated documents from Plaintiff's spouse and completes the adjudication.

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is March 31, 2025.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  January 15, 2025                        MICHELE BECKWITH
                                                    Acting United States Attorney

                                        By:  /s/ ELLIOT C. WONG
                                              ELLIOT C. WONG
                                              Assistant United States Attorney

                                              /s/ JESSICA TAYLOR ARENA
                                              JESSICA TAYLOR ARENA
                                              Counsel for Plaintiff

                                                    ORDER

IT IS SO ORDERED.

DATED:  January 15, 2025                        _____
                                                Troy L. Nunley
                                                Chief United States District Judge